LEON BRIXIUS, d.b.a. NORTHWEST BRIEF PRINTING,
v. WHITNEY TARUTIS.

198 N. W. 2d 285.

June 9, 1972—No. 43356.

*Whitney E. Tarutis,* pro se, for appellant.
*Norman E. Stewart* and *Allan J. Zlimen,* for respondent.

Heard before Knutson, C. J., and Kelly, Todd, and MacLaughlin, JJ.

PER CURIAM.

Defendant appeals from judgment entered in district court in favor of plaintiff in the amount of $200 with interest, costs, and disbursements.

We have reviewed the record and proceedings herein and hold that the findings of fact, conclusions of law, and judgment are adequately sustained by the evidence.

Affirmed.